# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID B. HALL,
        Petitioner,

v.                                                           Case No. 15-C-0839

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,
        Respondent.

## ORDER

David Hall has filed a habeas petition pursuant to 28 U.S.C. § 2254, along with a motion to stay this case while he decides whether to pursue additional federal claims and for leave to amend his petition if he decides to pursue such claims. In a prior order, I reviewed the petition under Rule 4 of the Rules Governing § 2254 cases and required the respondent to indicate whether he opposed the motion to stay and for leave to amend. The respondent has stated that he does not oppose the motion.

According, **IT IS ORDERED** that the petitioner's motion to stay and for leave to amend is **GRANTED**. This stay will remain in effect until the petitioner either files an amended petition or informs the court that he does not intend to amend his petition. If at any time the respondent believes that no further delay is warranted, he may file a motion to lift the stay.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2015.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge